MARVIN W. OWEN, APPELLEE, v. DOROTHY M. OWEN, APPELLANT.

365 N.W.2d 414

Filed March 29, 1985.   No. 84-211.

LeRoy Anderson of Roeder & Anderson, for appellant.

Donald E. Rowlands II of Baskins & Rowlands, for appellee.

KRIVOSHA, C.J., WHITE, and GRANT, JJ., and BRODKEY, J., Retired, and RIST, D.J.

PER CURIAM.

This case is an appeal in a domestic relations proceeding.

The court has reviewed the record in this matter de novo and agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.